IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**TRAVIS PHILMLEE, SR.**                                                              **PLAINTIFF**

v.                               **CASE NO. 4:10CV00221 BSM/HDY**

**KARL BYRD et al.**                                                                  **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff's complaint is dismissed with prejudice.

2.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 25th day of April, 2011.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE