IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**TRAVIS PHILMLEE, SR.**                                                                     **PLAINTIFF**

v.                            **CASE NO. 4:10CV00221 BSM/HDY**

**KARL BYRD, et al.**                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, judgment is entered dismissing this case with prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE